GRIGGS ET AL., RESPONDENTS, *v.* KALISPEL MERCAN-
TILE COMPANY, APPELLANT.

[Submitted March 6, 1894.    Decided April 2, 1894.]

APPEAL—*Motion dissolving attachment—Record.*—A statement will not be
stricken from a record on appeal from an order overruling a motion to dis-
solve an attachment, upon the ground that it was not served within the time
required by statute for the preparation and service of statements on appeal,
where the statement, while not required on such an appeal, contained all the
papers necessary to properly present for review the order complained of.

*Appeal from Tenth Judicial District, Flathead County.*

ON motion to strike from the record a statement on appeal.
Denied.

*H. G. McIntire,* and *P. J. McLaughlin,* for Appellant.

*C. H. Foot,* and *Strevell & Porter,* for Respondents.

Per CURIAM.—In this case respondents have interposed a
motion to strike from the record the statement on appeal, on
the alleged ground that such statement was not prepared or
served within the time required by law.

It appears that this appeal is taken from an order overrul-
ing a motion to quash attachment issued in said action, which
order was made on consideration of the affidavit in attach-
ment, and the complaint.    On such an appeal it appears that
the practice does not strictly require a statement on appeal,
but that the record may consist of the order, with the affi-
davits on which the order was made annexed thereto, properly
authenticated as used on the hearing, "in the place of the state-
ment." (Code Civ. Proc., § 437; Hayne on New Trial and
Appeal, § 261.)    This record, although made in the form and
under the name of a statement on appeal, contains the matter
required, properly certified by the judge who made the order,
as being the affidavit on which the same was made.    Respond-
ents' motion is therefore overruled.